Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
CHRISTINE ELIZABETH SCHMIDT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE ELIZABETH SCHMIDT,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>FINANCIAL RECOVERY ALLIANCE, INC., a California corporation; ARACELY NAVA, A/K/A ARACELY N. MAXWELL, A/K/A ARACELY N. OLMEDO, A/K/A ARACELY MEDINA, individually and in her official capacity; CAROLINA SALINAS NAVA, individually and in her official capacity; NELSON & KENNARD, a general partnership; and ROBERT SCOTT KENNARD, individually and in his official capacity,<br><br>　　　　　　　Defendants. | Case No. CV10-01924-JL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　COMES NOW the Plaintiff, CHRISTINE ELIZABETH SCHMIDT, by and through her attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, CHRISTINE ELIZABETH SCHMIDT, hereby dismisses, with prejudice, all claims made by her against all Defendants in her Complaint filed herein on May 4, 2010. Plaintiff further notifies the Court that her dispute with Defendants has been settled.

Dated:  October 29, 2010 　　　　　　　　　　　　　　/s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　CHRISTINE ELIZABETH SCHMIDT

---

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE　　　　　　　Case No. CV10-01924-JL